1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | DAVID M. PORTER, Bar #127024
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
DEVIN T. BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 04-374 MCE |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION TO REDUCE** |
| | ) **SENTENCE PURSUANT TO 18 U.S.C.** |
| v. | ) **§ 3582(c)(2);** ORDER THEREON |
| DEVIN T. BROWN, | ) **RETROACTIVE CRACK COCAINE** |
| | ) **REDUCTION CASE** |
| Defendant. | ) |
| _____ | ) Judge: Hon. MORRISON C. ENGLAND |

Defendant, DEVIN T. BROWN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney Phillip A. Talbert, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. The sentencing range applicable to Mr. Brown was subsequently lowered by the United States Sentencing Commission in Amendment 750;

///

3. Accordingly, Mr. Brown's total offense level has been reduced from 29 to 25, the new sentencing range is 70 to 87 months, and a sentence at the low end of the new applicable guideline range would be 70 months;

4. Mr. Brown merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Brown's positive post-sentencing conduct;

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Brown's term of imprisonment to 70 months.

Dated: October 25, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ *Phillip A. Talbert* | /s/ *David M. Porter* |
| PHILLIP A. TALBERT | DAVID M. PORTER |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | DEVIN T. BROWN |

STIPULATION AND ORDER TO REDUCE SENTENCE

-2-

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This matter came before the Court on the stipulated motion of the |
| 3 | parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). |
| 4 | The parties agree, and the Court finds, that Mr. Brown is entitled |
| 5 | to the benefit of the retroactive amendment reducing crack cocaine |
| 6 | penalties, which reduces the applicable offense level from 29 to 25. |
| 7 | IT IS HEREBY ORDERED that the term of imprisonment imposed on June |
| 8 | 11, 2008 is reduced to 70 months. |
| 9 | IT IS FURTHER ORDERED that all other terms and provisions of the |
| 10 | original judgment remain in effect. The Clerk of the Court shall |
| 11 | prepare an Amended Judgment. |
| 12 | Unless otherwise ordered, Mr. Brown shall report to the United |
| 13 | States Probation office closest to the release destination within |
| 14 | seventy-two hours after release. |

Dated: October 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO REDUCE SENTENCE
-3-